**Brenda WILLIAMS, Respondent,**

v.

**James K. OWENS, Appellant.**

**No. WD 60374.**

Missouri Court of Appeals,
Western District.

Submitted May 7, 2002.

Decided July 23, 2002.

Mark Edward Kelly, Liberty, for appellant.

Brenda Williams, Kansas City, pro se.

Before PATRICIA BRECKENRIDGE, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, Jr., JJ.

*Order*

PER CURIAM.

James K. Owens appeals the order of protection entered against him under § 455.010 RSMo 2000, et seq. Mr. Owens contends the order is not supported by substantial evidence. Having carefully considered the contentions on appeal, we affirm by summary order. No jurisprudential purpose would be served by publication of a formal opinion. A memorandum of the basis of the decision has been furnished to the parties. The judgment is affirmed. Rule 84.16(b).